UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18 CR 852 CDP-4 |
| | ) | |
| MARCUS HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** in this matter is **reset** from 3:30 p.m. **to 10:00 a.m. on Friday, September 13, 2019** in Courtroom 14-South. All Objections to the presentence report must be filed no later than **August 23, 2019.** If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **September 6, 2019** except that a response to a sentencing memorandum may be filed no later than **September 10, 2019.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2019.